# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2670
_____

STACEY RENEE MCRAE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

July 17, 2018


PER CURIAM.

   AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.


_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Appellee.